IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 21 2008
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| MARGARITO HERNANDEZ and<br>MARY TERESA AGUILLON,<br><br>    Plaintiffs,<br><br>v.<br><br>CAVINESS PACKING COMPANY,<br>INC., a Texas Corporation, TERRY D.<br>CAVINESS, Individually, and BRENT J.<br>BIRKHOLZ, Individually,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 2:07-CV-0142 |

## ORDER ADOPTING RECOMMENDATION
## AND GRANTING PLAINTIFFS' MOTION TO COMPEL
## REIMBURSEMENT OF EXPERT FEES

On November 5, 2008, the United States Magistrate Judge's Findings, Conclusions, and Recommendation issued on plaintiffs' September 12, 2008 motion to compel reimbursement of expert fees. No objections to the recommendation have been filed of record.

The undersigned United States District Judge has reviewed the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and has made an independent examination of the records in this case. Based upon the foregoing, the undersigned District Judge is of the opinion plaintiffs' motion should be, and hereby is, GRANTED. Further, the undersigned District Judge is of the opinion the Magistrate Judge's recommendation should be, and hereby is, ADOPTED. Accordingly, defendants shall reimburse plaintiffs for expert

discovery costs in the sum of $1,658.20 as set forth in the recommendation.

IT IS SO ORDERED.

ENTERED this _21st_ day of November 2008.

                                                       MARY LOU ROBINSON
                                                       UNITED STATES DISTRICT JUDGE